UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY DEFENDERS FUND,

      Plaintiff,

    v.

DEPARTMENT OF HOMELAND
SECURITY,

      Defendant.

Civil Action No. 26-1073 (CJN)

## JOINT STATUS REPORT

Pursuant to Court's May 11, 2026, Minute Order, Plaintiff Democracy Defenders Fund and Defendant the Department of Homeland Security, by and through their respective counsel, submit the following action brought under the Freedom of Information Act ("FOIA").

A motion for an *Open America* stay is not likely in this case.

A status for each relevant component within the Department of Homeland Security follows.

The Department of Homeland Security has completed a portion of its search and anticipates completing the search by June 30, 2026.   So far, approximately 4,500 potentially responsive pages have been found.   The Department has reached out to Plaintiff about narrowing part of the request. As such, it is too soon to determine anticipated dates for release of documents, the possibility of prioritizing documents, and whether summary judgment briefing would be needed.

U.S. Immigration and Customs Enforcement is searching for records.   ICE expects to complete its initial search by Friday, June 12.   As such, it is too early to determine the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated dates(s) for release of the documents requested by Plaintiff, the possibility of prioritizing documents responsive to

Plaintiff's requests and any discussions regarding whether Plaintiff's requests can be narrowed, and whether the Parties anticipate summary judgment briefing and, if so, a proposed briefing schedule.

U.S. Customs and Border Protection is conducting its initial search and expects conclude the search by the end of June.  As such, it is too early to know the anticipated number of documents responsive to Plaintiff's FOIA request,  the anticipated dates(s) for release of the documents requested by Plaintiff, the possibility of prioritizing documents responsive to Plaintiff's requests and any discussions regarding whether Plaintiff's requests can be narrowed, and whether the Parties anticipate summary judgment briefing and, if so, a proposed briefing schedule.]

* * *

Accordingly, the parties request that they file the next joint status report on Wednesday, July 8, 2026.

Dated:  June 8, 2026
        Washington, DC

                                        Respectfully submitted,

| | |
|---|---|
| /s/ Ginger P. McCall | JEANINE FERRIS PIRRO |
| Ginger McCall | United States Attorney |
| DC Bar # 1001104 | |
| ginger@freeinformationgroup.com | By:/s/ *Brian J. Levy* |
| | BRIAN J. LEVY |
| Kevin H. Bell | Assistant United States Attorney |
| DC Bar # 90015600 | 601 D Street, NW |
| kevin@freeinformationgroup.com | Washington, DC 20530 |
| | (202) 252-6734 |
| FREE INFORMATION GROUP, PLLC | |
| 1100 13th St. NW, Ste. 800 | *Attorneys for the United States of America* |
| Washington, DC 20005 | |
| (202) 946-3642 | |
| | |
| /s/ Taryn Wilgus Null | |
| Taryn Wilgus Null (DC Bar # 985724) | |
| Norman L. Eisen (DC Bar #435051) | |
| Zsa'Queria Martin (pro hac vice | |
| application forthcoming) | |
| | |
| DEMOCRACY DEFENDERS FUND | |
| 600 Pennsylvania Avenue SE, No. 15180 | |
| Washington, DC 20003 | |
| (202) 594-9958 | |
| | |
| Norman@democracydefenders.org | |
| Taryn@democracydefenders.org | |
| Zsaqueria@democracydefenders.org | |
| | |
| *Attorneys for Plaintiff* | |