UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY DEFENDERS FUND,

      Plaintiff,

    v.

DEPARTMENT OF HOMELAND
SECURITY,

      Defendant.

Civil Action No. 26-1073 (CJN)

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is, this ____ day of

_____, 2026,

ORDERED that the parties shall submit a joint status report by Wednesday, July 8, 2026.

_____

UNITED STATES DISTRICT JUDGE

4