UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRACY DEFENDERS FUND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY,<br><br>　　　　Defendant. | Civil Action No. 26-1073 (CJN) |

## JOINT STATUS REPORT

Pursuant to Court's June 18, Minute Order, Plaintiff Democracy Defenders Fund and Defendant the Department of Homeland Security, by and through their respective counsel, submit the following action brought under the Freedom of Information Act ("FOIA").

A status for each relevant component within the Department of Homeland Security follows.

The Department of Homeland Security is continuing to search for records after discussing with Plaintiff about narrowing part of the request.   DHS expects to complete its search for most of the records by July 31, 2026 and for all records by August 30, 2026.

U.S. Immigration and Customs Enforcement (ICE) is continuing to search for records.   ICE expects to complete search by Friday, July 31, 2026.

U.S. Customs and Border Protection is conducting its initial search and expects conclude the search in the next few weeks.

*     *     *

Accordingly, the parties request that they file the next joint status report on Tuesday, September 8, 2026.

Dated: July 8, 2026
    Washington, DC

|  |  |
|---|---|
| | Respectfully submitted, |
| /s/ Ginger P. McCall | JEANINE FERRIS PIRRO |
| Ginger McCall | United States Attorney |
| DC Bar # 1001104 | |
| ginger@freeinformationgroup.com | By:/s/ Brian J. Levy |
| | BRIAN J. LEVY |
| Kevin H. Bell | Assistant United States Attorney |
| DC Bar # 90015600 | 601 D Street, NW |
| kevin@freeinformationgroup.com | Washington, DC 20530 |
| | (202) 252-6734 |
| FREE INFORMATION GROUP, PLLC | |
| 1100 13th St. NW, Ste. 800 | *Attorneys for the United States of America* |
| Washington, DC 20005 | |
| (202) 946-3642 | |

/s/ Taryn Wilgus Null
Taryn Wilgus Null (DC Bar # 985724)
Norman L. Eisen (DC Bar #435051)
Zsa'Queria Martin (pro hac vice
application forthcoming)

DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003
(202) 594-9958

Norman@democracydefenders.org
Taryn@democracydefenders.org
Zsaqueria@democracydefenders.org

*Attorneys for Plaintiff*